[No. 32780-1-I.    Division One.    January 17, 1995.]

EDWIN E. FIELDER, *Appellant*, v. THE BOEING
COMPANY, *Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 92-2-14301-1, Marsha J. Pechman, J., entered
May 3, 1993. *Affirmed* by unpublished opinion per Webster,
J., concurred in by Coleman and Becker, JJ.

[No. 13270-6-III.    Division Three.    January 19, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. SPENCER
CARTER, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Benton
County, No. 93-1-00054-1, Carolyn A. Brown, J., entered May
10, 1993. *Affirmed* by unpublished opinion per Munson, J.,
concurred in by Thompson, C.J., and Sweeney, J.

[No. 16514-7-II.    Division Two.    January 20, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. JEFFREY
SCOTT RANDALL, *Appellant*.

Appeal from a judgment of the Superior Court for Clark
County, No. 92-1-00468-2, Thomas L. Lodge, J., entered
September 25, 1992. *Reversed* and *remanded* by unpublished
opinion per Houghton, J., concurred in by Seinfeld, C.J., and
Bridgewater, J.

[No. 32950-2-I.    Division One.    January 23, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. TIMOTHY S.
GEHLHAUSEN, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 92-1-00034-9, Jim Bates, J., entered May 29,
1993. *Affirmed* by unpublished opinion per Agid, J., con-
curred in by Baker, A.C.J., and Coleman, J.